UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR08-050-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| BRIAN JAKE PARSONS, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on March 4, 2008.  The United States was represented by AUSA Susan Dohrmann and the defendant by Jay Stansell.  The proceedings were digitally recorded.

Defendant had been sentenced in the Northern District of Texas on or about February 17, 2006 by the Honorable Sam R. Cummings on a charge of Possession and Uttering of Counterfeit Securities of an Organization, and Aiding and Abetting, and sentenced to 21 months custody, 3 years supervised release. Jurisdiction was transferred to this Court on February 20, 2008. (Dkt. 1)

The conditions of supervised release included the standard conditions plus the requirements

that defendant be prohibited from opening any new lines of credit without the permission of his probation officer and not leave the judicial district without permission of his probation officer.[1]

In an application dated February 5, 2008, (Dkt. 3 ), Senior U.S. Probation Officer Wayne McKim for the Northern District of Texas alleged the following violations of the conditions of supervised release, based on the Violation Report and Request for Warrant and Transfer of Jurisdiction filed by Steven M. McNickle, Senior U.S. Probation Officer for the Western District of Washington:

1. Committing the crime of Unlawful Issuance of Bank Checks (UIBC), on or about December 20, 2007, in King County, Washington, in violation of Revised Code of Washington (RCW) 9A.56.060(4), and the general condition that he obey all federal, state and local laws.

2. Opening and/or using a line of credit without the prior approval of his U.S. Probation Officer, on or about August 2007 in Whatcom County, Washington, in violation of his special condition of supervised release.

3. Failing to notify his Probation Officer at least 10 days prior to changing his residence and employment on or about December 21, 2007, in King County, Washington, in violation of standard condition #6.

4. Leaving the judicial district without permission of his probation office on or about December 21, 2007, in King County, Washington, in violation of standard condition #1.

---

[1] This summary of conditions is taken from the violation report filed by Steven M. McNickle, Senior United States Probation Officer, and has not been verified by a review of the Judgment and Sentence, which has not yet been received from the transferring district.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

5. Failing to truthfully answer inquiries made by his probation officer, on or about January 14, 2008, in Seattle, Washington, in violation of standard condition #3.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violations 2, 3, 4, and 5 and waived any evidentiary hearing as to whether they occurred. (Dkt. 7.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 2, 3, 4, and 5, and that the Court conduct a hearing limited to the issue of disposition. I recommend the Court dismiss alleged violation 1. The next hearing will be set before Judge Robart.

Pending a final determination by the Court, defendant has been detained.

DATED this 4th day of March, 2008.

Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:          Honorable James L. Robart
     AUSA:                    Susan Dohrmann
     Defendant's attorney:    Jay Stansell
     Probation officer:       Steven M. McNickle

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3