UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR08-050-JLR |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| BRIAN JAKE PARSONS, | ) | |
| Defendant. | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on December 15, 2009. The United States was represented by AUSA Susan Dohrmann and the defendant by Michael Filipovic. The proceedings were digitally recorded.

Defendant had been sentenced in the Northern District of Texas on or about February 17, 2006 by the Honorable Sam R. Cummings on a charge of Possession and Uttering of Counterfeit Securities of an Organization, and Aiding and Abetting, and sentenced to 21 months custody, 3 years supervised release. Jurisdiction was transferred to this Court on February 20, 2008. (Dkt. 1)

The conditions of supervised release included the standard conditions plus the

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

requirements that defendant be prohibited from opening any new lines of credit without the permission of his probation officer and not leave the judicial district without permission of his probation officer.[1]

On March 4, 2008, defendant admitted violating the conditions of supervised release by opening a line of credit without permission, failing to notify his probation officer within 10 days of change of residence and employment, leaving the judicial district without permission, and failing to truthfully answer inquiries by his probation officer. (Dkt. 8.) Supervised release was revoked on April 16, 2008, and defendant was sentenced to 12 months and 1 day in custody, 23 months and 2 weeks supervised release. (Dkt. 14.) The conditions of supervised release included the standard conditions plus the requirement that defendant abstain from alcohol, participate in drug testing and treatment, submit to search, participate in mental health treatment and take all medications as prescribed, pay restitution in the amount of $200, provide access to financial information upon request, maintain a single checking account for all financial transactions, disclose all business interests, assets and liabilities, allow inspection of his personal computer, consent to ongoing monitoring of his computer software, be prohibited from incurring new credit charges of lines of credit, and be prohibited from possessing any identification documents in any but his true identity. (Dkt. 15.)

In an application dated July 21, 2009, (Dkt. 16, 17), U.S. Probation Officer Tammy M. White alleged the following violation of the conditions of supervised release:

1. Failing to report to the U.S. Probation Office within 72 hours of release from

---

[1] This summary of conditions is taken from the violation report filed by Steven M. McNickle, Senior United States Probation Officer, and has not been verified by a review of the Judgment and Sentence, which has not yet been received from the transferring district.

custody of the Bureau of Prisons, in violation of the general condition of supervised release.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Robart.

Pending a final determination by the Court, defendant has been detained.

DATED this 15th day of December, 2009.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
AUSA: Susan Dohrmann
Defendant's attorney: Michael Filipovic
Probation officer: Tammy M. White